**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

James Curtis McInnis
Attorney at Law
110 Seagull Lane
Lake Charles LA 70607

**REHEARING ACTION: July 16, 2014**

**Docket Number: 14   00252-CA**

**STEVEN PAUL PESSON**
**VERSUS**
**HEATHER DIETERICH**

**Appealed from Calcasieu Parish Case No. 2010-5580**

**BEFORE JUDGES:**

  **Hon. Ulysses Gene Thibodeaux**
  **Hon. Billy Howard Ezell**
  **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Heather Dieterich** has this day been

  **DENIED.**

cc: Steven Paul Pesson, In Proper Person
    Todd A. Townsley, Counsel for the Appellee
    Jordan Z. Taylor, Counsel for the Appellee